# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**409**
**CA 15-01435**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, CURRAN, AND TROUTMAN, JJ.

---

PATRICK S. GOLDER, PLAINTIFF-RESPONDENT,

V                                                          ORDER

JANETTE C. BENNETT, DEFENDANT-APPELLANT.

---

SCHELL LAW, P.C., FAIRPORT (GEORGE A. SCHELL OF COUNSEL), FOR DEFENDANT-APPELLANT.

JAMES S. HINMAN, P.C., ROCHESTER (JAMES S. HINMAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 8, 2014. The order denied the application of defendant for an upward modification of child support and the termination of the right of plaintiff to claim a dependency exemption.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered: April 29, 2016                          Frances E. Cafarell
                                                 Clerk of the Court